**Order entered August 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00184-CV

### IN THE INTEREST OF A.M.C. AND E.N.C., III, CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-21078**

## ORDER

Before the Court is appellee's August 20, 2019 motion for an extension of time to file her

brief on the merits. We **GRANT** the motion and extend the time to **September 27, 2019**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE